

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00100-CV

TEXAS DEPARTMENT OF
TRANSPORTATION
APPELLANT

V.

ALPHA-REPUBLIC INVESTMENTS,
LTD.
APPELLEE

------------

FROM THE 158TH DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. 14-01095-158

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

The parties to this appeal have filed a  Joint Motion to Dismiss Appeal.  We

grant the motion, set aside the trial court's judgment without regard to the merits,

and remand the case to the trial court for rendition of judgment in accordance

---

[1]*See* Tex. R. App. P. 47.4.

with the parties' agreement.  *See* Tex. R. App. P. 42.1(a)(2)(B).  Costs are taxed against Appellant, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  September 11, 2014